Name: Tamisha Lewis-Junge
Mailing address: 3748 Aldren Circle
City, State, Zip: Anchorage, AK 99517
Telephone: 907-615-0060

RECEIVED
OCT 22 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Tamisha Lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Federal Bureau of Investigation,
Alaska State Troopers,
U.S. Air Force,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-300-RRB
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Tamisha Lewis-Junge (print your name) who presently resides at 3748 Aldren Circle, Anchorage, AK 99517 (mailing address) were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Federal Bureau of Investigations** is a citizen of
_____(name)_____
**Alaska**, and is employed as a **Business Officers**.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **Alaska State Troopers** is a citizen of
_____(name)_____
**Alaska**, and is employed as a **Officers**.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **U.S Air Force** is a citizen of
_____(name)_____
**Alaska**, and is employed as a **Officers**.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 2 of 7

Case 3:25-cv-00300-RRB   Document 1   Filed 10/22/25   Page 2 of 18

Claim 1: On or about 2011, 2015-2025 _____, my civil right to
(Date)
Freedom, Freedom from Cruel and Unusal Punishments
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Federal Bureau of Investigations
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

TECHNOLOY TEAM

Camouflage, Hypnosis, Deep fake audio, Nano team Claim delusions to the officers of them being important officers with technology and lied to me tamisha about being them as I called them, they claimed delusions of them being in the FBI building showing me a live of how I was caught doing something the team did

The team lied to these officers and Im sure they made up a delusional report about me as this team breaks the law with technology.

They claim they are the pentagon technology team in FBI opening hiding in Camouflage, just like College New Apartment attacks

As they entrap with technology

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

# ALASKA'S NEWS SOURCE

*A website Alaska News Source*

☰  Live   News   Halong Coverage

High Wind Warning Is In Effect   ✕

*They programed phones and made this shot up.*



*wasilladouge.com*
*Claim 1:5A*

*This technology person in my face claiming the government shutdown*

## Government shutdown: What does that mean for Alaska?

*How many times (hours) you uploaded something like this*

*This a person / Team thinking they the pentagon*



SECURITY CHECKPOINT
GOVERNMENT SHUTDOWN
TSA & AIR TRAFFIC CONTROLLERS WORKING WITHOUT PAY
ALASKA'S NEWS SOURCE  6:01 | 47°

including delayed pay for military members and furloughs for federal civilian employees.

(5B)

A federal government shutdown happens when the government is unable to fund itself and Congress has not approved funding for the fiscal year, which arrived on Oct. 1. The shutdown went into effect at 8:01 p.m. AKDT, or midnight in Washington D.C., after the Senate did not approve a short-term proposal to fund government for a series of weeks. Alaska's entire congressional delegation voted for the GOP-led proposal, which did not get enough votes.

Here's a breakdown of what will impact Alaskans with the shutdown:

## Military impacts

Active-duty military personnel at Alaska military installations are expected to continue to serve but will not receive a paycheck until a deal is reached,

On Joint Base Elmendorf-Richardson, the library is closed until further notice, according to a statement from the base on social media. Several community centers like Arctic Oasis, Warrior Zone, and the Military Family Readiness Center are closed. The Two Rivers Youth Center and the Kennecott Youth Center will be closed, and employees have been furloughed.

All recreational areas at JBER will also remain off-limits to the public. Commanders may continue scheduled military training; however, non-mission-essential personnel will not be permitted access.

The Government Housing Office on JBER is also closed.





👍 66   💬 18   ➡ 49

(5D)

At Eielson Air Force Base, the Eielson Community Library will be closed until further notice, a post on it's social media says.

For servicemembers and dependents who live on base, Lindsey Sharpe, the Operations Director for Mayroad, stated that if pay and/or basic allowance for housing is interrupted, Mayroad will not require rent to be paid out of pocket. Mayroad will not impose late fees or any other penalties on resident accounts as a result of this situation.

On Fort Wainwright, Army Community Services programming has been cancelled due to the shutdown, a post on it's social media says.

pay until the shutdown ends.

Alaska is heavily reliant on aviation transportation on aviation transportation, with 82% of the state accessible only by plane, according to the FAA.

The Ted Stevens International Airport is funded by the state, and partners with the federal government for services like the FAA and TSA. The security checkpoint, operated by TSA agents, was open and operational as of Wednesday afternoon.

Alaska's News Source reached out to the NTSB for comment on safety concerns or transportation delays Wednesday but was not immediately available. A note on the board's website reads, "NTSB will not be able to respond to inquiries until after appropriations are enacted." The staff currently employed are "necessary to protect life and property"

5E

and capricious, and the cynical use of federal employees as a pawn in Congressional deliberations should be declared unlawful and enjoined by this Court," the lawsuit states.

5F

The Alaska AFL-CIO, the state's largest labor organization, said in a news release Wednesday that 11,658 federal workers in Alaska will not be paid because of the shutdown. A press release from the organization calls for Congress and the administration to end the shutdown.

"Federal workers are not political pawns. Our message to Congress and the administration is clear: Stop this reckless government shutdown. Fund the government. Fix the health care crisis. Put working people first," the release stated.



The Alaska Department of Labor and Workforce

9,296 will be furloughed, according to the National Park Service Contingency Plan.

Park roads, lookouts, trails, and open-air memorials will generally remain accessible to visitors. Parks with accessible areas that collect fees under the Federal Lands Recreation Enhancement Act (FLREA) will utilize available retained recreation fees balances to provide basic visitor services in a manner that maintains restrooms and sanitation, trash collection, road maintenance, campground operations, law enforcement and emergency operations, and staffing entrance gates as necessary to provide critical safety information.

At parks without accessible areas, the NPS will not operate parks during the lapse. No visitor services will be provided, and the NPS will not issue permits, conduct interpretive or educational programs, collect trash, operate or provide

national wildlife refuges, according to the Visit Anchorage website.

## Other Public Lands

5H

Public lands owned by the Bureau of Land Management will, in most cases, remain accessible to the public, but not all services will be available.

## Medicare & Medicaid

The Centers for Medicare & Medicaid Services (CMS) Medicare Program will continue during the shutdown. CMS will maintain the staff necessary to make payments to eligible states for the Children's Health Insurance Program and will continue Federal Marketplace activities, such as eligibility verification, using Federal Marketplace user fee carryover.

retain all the necessary staff to ensure that benefits are distributed to recipients on schedule.

However, benefit verifications, overpayment processing, and Medicare card replacements will be paused during the shutdown.

## Fish & Wildlife

*(handwritten: 5I)*

The Fish and Wildlife Service has determined that Alaskan subsistence access and activities will be allowed to continue during the shutdown period. However, the Alaska Federal Subsistence Management Program will be closed.



The Alaska Fisheries Science Center will be closed, which could impact the availability of fish stock information used to guide harvest management.

due to the critical support they provide to address threats to human life, property and national security. Operations directed towards national security, violations of federal law, and essential public safety functions will continue.



"All FBI employees are considered excepted to the critical support that FBI personnel (HQ, field, and legal attaché) provide to address imminent threats to human life and property through our national security and law enforcement mission," the statement said. "As always, anyone who has information or would like to provide a tip is encouraged to reach out to their local FBI field office or go to tips.fbi.gov."

See a spelling or grammar error? Report it to

| Employer: Positions | Current Placed | Available |
|---|---|---|
| **Habitat of Humanity:** Warehouse Associate/Driver Assistant | 1 | 2 |
| **Bishop's Attic** Store worker/ Warehouse Associate | 3 | 1-2 |
| **Cook Inlet Housing Authority:** Admin Assistant/ Grounds Keeping | 2 | 3 |
| **Guaranteed Cleaning:** | 2 | 1-2 |
| **Hill's Commercial Laundry:** Laundry Attendant | 2 | 2-3 |
| **Bean's Café:** Kitchen | 3 | 3 |
| Admin | 1 | 0 |
| **L&M Motors:** Mechanic/ Shop Helper | 1 | 2 |
| **Goodwill:** | 0 | 2-3 |
| **Artic Glass** Window assistant/ Office Assistant | 0 | 2 |
| **Alex Hotel** Front desk/ House keeping | 0 | Hold |

This this team I'm talking about will make up a fake (Flook) investigation, 5K then schedule out jobs at an employment Buisness by lying to them of this Being allowed

The team want's a complament, a congravations, Higher pay, better police investigations, to meet important people, want maids

Claim 2: On or about 2011 - 2025 _____, my civil right to
Freedom, Freedom from Cruel and Unusual punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by Alaska State Trooper
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

They helped "The pentagon" team annoy me for rape (me + baby + money to be stolen, belongs given to the wrong family and they set up delusional with them to entrap for RANSOM

Claim 3: On or about 2011-2025, my civil right to Freedom, Freedom from Cruel and Unusel punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by U.S Air Force
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

They ran in the base to check out technology to claim delusions to me and diffrent officers when these using technology Illegally they had raped and arrested me from some type of harrassment

They remained lying to the State about criminal charges they commit then blamed me (Just like the Footage of the base seeing me held hostage with technology) Grate

also blamed me of being there team mate and one with technology as it's checked out in the information and watched by the FEDS on what there doing and lying about

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _X_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamishe lewis-Junge

Defendant(s): FBI, U.S Air Force, Anchoge Police Depthey

Name and location of court: ___

Docket number: ___ Name of judge: ___

Approximate date case was filed: ___ Date of final decision: ___

Disposition: _✓_ Dismissed ___ Appealed ___ Still pending

Issues Raised: Dismissed Evidence (Footage)

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamishe lewis- Junge

Defendant(s): Waila Police, Honolulu Police

Name and location of court: ___

Docket number: ___ Name of judge: ___

Approximate date case was filed: ___ Date of final decision: ___

Disposition: _✓_ Dismissed ___ Appealed ___ Still pending

Issues Raised: Dismissed Evidence (Footage)

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 40,000,000

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $50,000,000

3. An order requiring defendant(s) to To leave me the Fuck alone and return back serenity of L-J

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage, AK (Location) on 10/22/2025 (Date)

_____
(Plaintiff's Original Signature)

_____      _____
Original Signature of Attorney (if any)     (Date)

_____
_____
_____

Attorney's Address and Telephone Number